UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Revised 07/07 WDNY

FILED JUN 2 3 2022 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

Lucretia Scott

Jury Trial Demanded: Yes____ No ✓

Name(s) of Plaintiff or Plaintiffs

-vs-

General Motors Components
Holdings LLC
Labor Relations Department

Name of Defendant or Defendants

**DISCRIMINATION COMPLAINT**

22 -CV- 6280 DGL

---

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision, AND** a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

*Note:* *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that apply):*

___✓___ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
   **NOTE:** In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
   **NOTE:** In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

___✓___ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
   **NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above,** you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

✓     New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

## PARTIES

1. My address is: _44 Grape Street, Rochester NY. 14608_

   My telephone number is: _1 585 967 8755_

2. The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

   Name: _General Motors Components Holdings LLC, Labor Relation Department_

   Number of employees: _3_

   Address: _1000 Lexington Avenue Rochester N.Y. 14617_

3. (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

   Name: _____

   Address: _____

## CLAIMS

4. I was first employed by the defendant on (date): _7-24-2006_

2

5.  As nearly as possible, the date when the first alleged discriminatory act occurred is: _____
    February 2021

6.  As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any) did): July 2021 thru February 2022

7.  I believe that the defendant(s)

    a. ____    Are still committing these acts against me.
    b. ✓      Are not still committing these acts against me.
    (Complete this next item **only** if you checked "b" above)  The last discriminatory act against me occurred on (date) _____February 23, 2022_____

8.  (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

    The date when I filed a complaint with the New York State Division of Human Rights is
    _____May 18, 2022_____
    _ (estimate the date, if necessary)

    I filed that complaint in (identify the city and state): _____Rochester New York_____

    The Complaint Number was: _____

9.  The New York State Human Rights Commission did _____ /did not ___✓___ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: _____11-2-2021_____

11. The Equal Employment Opportunity Commission did ___✓___ /did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: _____3-28-2022_____. (**NOTE:** If it

3

did issue a Right to Sue letter, you **must** attach one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13. I am complaining in this action of the following types of actions by the defendants:

   a. _____ Failure to provide me with reasonable accommodations to the application process

   b. _____ Failure to employ me

   c. _____ Termination of my employment

   d. _____ Failure to promote me

   e. ✓ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

   f. _____ Harassment on the basis of my sex

   g. ✓ Harassment on the basis of unequal terms and conditions of my employment

   h. ✓ Retaliation because I complained about discrimination or harassment directed toward me

   i. ✓ Retaliation because I complained about discrimination or harassment directed toward others

   j. ✓ Other actions (please describe) Discriminated my disability (not acknowledging that I have a disability.)

14. Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

   a. _____ Race

   b. _____ Color

   c. _____ Sex

   d. _____ Religion

   e. _____ National Origin

   f. _____ Sexual Harassment

   g. _____ Age _____ Date of birth

   h. ✓ Disability
   Are you incorrectly perceived as being disabled by your employer?
   ✓ yes \_\_\_ no

15. I believe that I was ✓/was not \_\_\_\_\_ **intentionally** discriminated against by the defendant(s).

4

16. I believe that the defendant(s) is/are _____ is not/are not __✓__ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: _____

17. **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (NOTE: You must attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18. The Equal Employment Opportunity Commission (check one):
    _____ **has not** issued a Right to sue letter
    __✓__ **has** issued a Right to sue letter, which I received on __3-28-2022__

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

   On January 2021 my doctors reinstated paperwork for me to return to work
   2.2022 doctor at General Motors declined for me to return (false restriction)
   3.2022 grievance written for me to return
   6-15-2022 returned to work working on machines that conflicted with restrictions
   9-27-2022 grievance written for harassment and falsifying documents by Labor Relation Department.
   1-22 doctor removed my restrictions from my medical file
   2-23-22 injured at work and now out of work.

## FOR LITIGANTS ALLEGING <u>AGE DISCRIMINATION</u>

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
    __✓__ 60 days or more have elapsed     _____ less than 60 days have elapsed

## FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on __11-2019__

5

22. The date on which I first asked my employer for reasonable accommodation of my disability is _____ June 2021 _____

23. The reasonable accommodations for my disability (if any) that my employer provided to me are: _____ none _____

24. The reasonable accommodation provided to me by my employer were ____/were not ✓ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: 6-23-22      _____ Lucretia Scott _____

                                                        Plaintiff's Signature

 The NYS Division of Human...   May 18 

to CreMarie406

Dear Lucretia,

Your submission has been received by the NYS Division of Human Rights. You will receive further communication from DHR, via mail or email, detailing next steps within 45 days.  Please collect any documents, emails, records, or evidence relevant to your complaint and be ready to provide them to our investigators at that time.

If you have further questions about the complaint process, please feel free to email us: info@dhr.ny.gov

Thank you for your time,

The NYS Division of Human Rights

dhr.ny.gov
888-392-3644

**First Name**

Lucretia

**Middle Intial**

M

**Last Name**

Scott

**Street Address**

44 Grape Street

**City**

Rochester

**State**

NY

**Zip**

14608

**Are you completing this form for someone else?**

No

## Your complaint

**Jurisdiction**

Employment

## Employment

**Please specify where the discrimination occurred**

by a Labor Organization

**Are you currently working for the employer you are filing against?**

No

**Date of hire**

07/24/2006

**Last day of work**

02/23/2022

**Position held or applied for**

Production Worker

**For employment and internships, how many employees does this person/company have?**

20 or more

**Acts of alleged discrimination: What did the person/company you are complaining against do? Check all that apply**

Gave me a disciplinary notice or negative performance review
Denied my request for an accommodation for my disability, or pregnancy-related condition
Harassed or intimidated me on any basis indicated here

## Basis

**Basis of alleged discrimination in employment:**

**Disability** (a physical or mental condition: includes denial of reasonable accommodation)
**Retaliation** (if you filed a discrimination case before, were a witness or helped someone else with a discrimination case, or opposed or reported discrimination due to category listed on this page)

**Please specify disability:**

Complex Regional Pain Syndrome

## You are filing a complaint against

**Entity that discriminated against you:**

**Name of entity**

General Motors Components Holdings LLC

**Street Address**

1000 Lexington Avenue

**City**

Rochester

**State**

New York

**Zip**

14608

**In what county or borough did the violation take place?**

Monroe

**Phone Number**

1-585-647-7000

**Email address**

**Fax Number**

**Company Website**

**Please provide the name, last name, and title of individual people who discriminated against you.**

Labor Relations Department

**Date of the most recent act of alleged discrimination**

02/23/2022

## Description of discrimination

Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and other details. You must explain why you think these acts were discriminatory and how these acts are connected to the protected class (race, color, sex, disability, etc.) you selected previously.

Disability Discrimination

Linda Clark on 1-7-2021 denied me to come back to work. Put restriction on me saying that I couldn't be around oil on the floor. She is a medical practitioner for General Motors.

## Declaration

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice. (If you have another action pending and still wish to file, please contact our office to discuss.)

Please initial:

LS

I affirm under penalties of perjury, that I am the complainant herein; that I have read (or had read to me) the foregoing complaint and know the content thereof; that the same is true of my own knowledge except as to the matters therein stated on information and belief; and that as to those matters, I believe the same to be true.

Lucretia Scott

Issued On: 03/28/2022

To: Ms. Lucretia Scott
44 Grape Street
Rochester, NY 14608

Charge No: 525-2022-00233

EEOC Representative and email:    Nelida Sanchez
Senior Investigator
nelida.sanchez@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 525-2022-00233.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Buffalo Local Office
300 Pearl St., Suite 450
Buffalo, New York, 14202
(716) 431-5007
Website: www.eeoc.gov

On Behalf of the Commission:

Lucretia Scott
44 Grape St.
Rochester, NY 14608

Re: EEOC Charge No.: 525-2022-00233
Lucretia Scott v. General Motors

Dear Ms. Scott:

The Equal Employment Opportunity Commission (hereinafter referred to as the "Commission"), has reviewed the above-referenced charge according to our charge prioritization procedures. These procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce.

In accordance with these procedures, we have evaluated your charge based upon the information provided. You alleged that you were discriminated against because of your disability.

Respondent's position statement has been previously shared with you. You were informed of reasons why the EEOC was inclined to dismiss your case. Nevertheless, you were provided with a copy of Respondent's position and asked to provide a rebuttal and any documents that may support your allegations. You were also granted additional time to produce a response. No rebuttal was received, but additional information regarding your disability was received. All the information that you uploaded in the Portal has been reviewed and analyzed. Based upon this analysis the Commission is unable to conclude that the information establishes a violation of Federal Law on the part of Respondent. This does not certify that Respondent is in compliance with the statutes. No finding is made as to any other issue that might be construed as having been raised by this charge.

The Commission's processing of this charge has been concluded. Included with this letter is your Notice of Dismissal and Right to Sue. Following this dismissal, you may only pursue this matter by filing suit against the Respondent named in the charge within 90 days of receipt of said notice. Otherwise, your right to sue will be lost. Please contact Federal Investigator Nelly Sanchez at (716) 431-5017 if you have any questions.

Sincerely,

**Maureen C. Kielt**
Digitally signed by Maureen C. Kielt
Date: 2022.03.28 15:57:38 -04'00'

Maureen C. Kielt,
Director Buffalo Local Office

| | |
|---|---|
| 44 Grape street | Rochester NY 14608 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| General Motor Components Holding LLC | | (585) 546-1000 |
| Street Address | City, State and ZIP Code | |
| 1000 Lexington Avenue | Rochester NY 14606 | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| | | |
| Street Address | City, State and ZIP Code | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [x] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE  Earliest  Latest

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On September 29, 2021 Labor Relations called me to there office to write me up with a Doc. 8. It stems from labor relations losing my vacation paperwork. The next day I called my union representative to write a grievance. The representative wrote up 2 grievances. If you written documentin Please send a email.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

11/02/2021
Date    Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

---

EEOC Form 5 (10/17)

**CHARGE OF DISCRIMINATION**

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [ ] FEPA | |
| [ ] EEOC | and EEOC |

State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):